UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROSIE L. HALL,

           Plaintiff,         CIV. S-04-0376 LKK PAN PS

    v.

U.S. BANKRUPTCY COURT, U.S.         ORDER
BANKRUPTCY APPELLATE PANEL,
JUDGE RUSSELL DAVIS, U.S.
TRUSTEE, JUDITH HOTZE, HELGA
A. WHITE, and ROBERT WEGNER,

           Defendants.

—oOo—

    In separate Findings and Recommendations, this court recommends that plaintiff claims against the federal defendants be dismissed and that defendant Robert Wenger (sued as Robert Wegner) be permitted additional time within which to renew his motion to dismiss. The only remaining defendant, Helga A. White, has not appeared (except as attorney for Wenger).

    An order filed February 23, 2004, required plaintiff to

serve process upon all defendants within 120 days, or by June 22, 2004.  On May 28, 2004, plaintiff filed a document entitled "proof of service" (stating that she mailed a copy of the complaint to Helga A. White on May 21, 2004) which does not demonstrate proper service of process upon White pursuant to Fed.R.Civ.P 4(c) and (e).

     Within 20 days of service of this order, plaintiff shall show cause in writing why her claims against Ms. White should not be dismissed for violating the court's February 23, 2004, order and Rule 4.

     So ordered.

     Dated:  April 18, 2005.

                                  /s/ Peter A. Nowinski  
                                PETER A. NOWINSKI  
                                Magistrate Judge