UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROSIE L. HALL,

            Plaintiff,          CIV. S-04-0376 LKK PAN PS

      v.

U.S. BANKRUPTCY COURT, U.S.           ORDER
BANKRUPTCY APPELLATE PANEL,
JUDGE RUSSELL DAVIS, U.S.
TRUSTEE, JUDITH HOTZE, HELGA
A. WHITE, and ROBERT WEGNER,

            Defendants.

—oOo—

In separate Findings and Recommendations, this court recommends that plaintiff's claims against defendant Robert Wenger (sued as Robert Wegner) be dismissed. On April 19, 2005, this court directed plaintiff to show cause in writing why her claims against the only other remaining defendant--Helga A. White, Wenger's attorney--should not be dismissed for insufficiency of service of process in violation of Fed. R. Civ.

P. 4(c) (requiring service of both a summons and complaint) and (e) (methods for serving summons and complaint), and for violating this court's February 23, 2004, order requiring service of process upon all defendants within 120 days pursuant to Fed. R. Civ. P. 4(m), or by June 22, 2004.

Plaintiff has not responded to the court's order to show cause nor attempted in any way to remedy service of process upon Ms. White. Accordingly, Helga A. White is hereby dismissed from this action for insufficiency of service of process.

So ordered.

Dated: May 25, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge