IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROSIE L. HALL,

        Plaintiff,        CIV. S-04-0376-LKK-PAN-PS

    v.

U. S. BANKRUPTCY COURT, et al.,        ORDER

        Defendants.

_____/

        This matter was referred to the Honorable Peter A. Nowinski, United States Magistrate Judge, pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302. On May 26, 2005, Judge Nowinski recommended that defendant Wenger's motion to dismiss be granted. No objections to the findings and recommendation have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the

////

magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1.  The Findings and Recommendations filed May 26, 2005, are adopted in full;

    2.  Defendant Wenger's motion to dismiss is granted; and

    2.  This action is dismissed.

DATED: August 15, 2005.

                                        /s/Lawrence K. Karlton
                                        UNITED STATES DISTRICT JUDGE